ACCEPTED
06-15-00095-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/10/2015 7:25:19 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00095-CR |
| Appellate Case Style: Style: | James Arthur Baxley |
| Vs. | State of Texas |
| Companion Case: | None |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/10/2015 7:25:19 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| | |
|---|---|
| First Name: | James |
| Middle Name: | Arthur |
| Last Name: | Baxley |
| Suffix: | |

Appellant Incarcerated?  ☒ Yes  ☐ No

Amount of Bond: $10,000.00

Pro Se: ◯

### II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | Wade |
| Middle Name: | Arnold |
| Last Name: | Forsman |
| Suffix: | |

☒ Appointed  ☐ District/County Attorney
☐ Retained  ☐ Public Defender

| | |
|---|---|
| Firm Name: | N/A |
| Address 1: | P.O. Box 918 |
| Address 2: | |
| City: | Sulphur Springs |
| State: | Texas    Zip+4: 75483-0918 |
| Telephone: | (903) 689-4144    ext. |
| Fax: | (903) 689-7001 |
| Email: | wade@forsmanlaw.com |
| SBN: | 07264257 |

Add Another Appellant/ Attorney

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Matthew

Middle Name: Howard

Last Name: Harris

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained          ☐ Public Defender

Firm Name: Office of the District Attorney

Address 1: P.O. Box 882

Address 2:

City: Sulphur Springs

State: Texas                Zip+4: 75483-0882

Telephone: (903) 885-0641        ext. 3,206

Fax: (903) 885-0640

Email: mharris@hopkinscountytx.org

SBN: 24083142

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 2, 2015

Offense charged: Poss CS -- Drug Free Zone

Date of offense: September 23, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: June 2, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 2 years to do State Jail Div., TDCJ

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA    If yes, date filed: December 5, 2014

Date of hearing:                    ☒ NA

Date of order: October 2, 2014      ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: October 2, 2014

## VIII. Trial Court And Record

Court: 8th Judicial District Court

County: Hopkins

Trial Court Docket Number (Cause no): 1424312

Trial Court Judge (who tried or disposed of the case):

First Name: Eddie

Middle Name:

Last Name: Northcutt

Suffix:

Address 1: 118 Church Street

Address 2:

City: Sulphur Springs

State: Texas        Zip + 4: 75482-2602

Telephone: (903) 438-4022     ext.

Fax: (903) 438-4092

Email: enorthcutt@hopkinscountytx.org

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested: Jun 3, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☒ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Jana

Middle Name: Atchison

Last Name: Rushing

Suffix:

Address 1: P.O. Box 48

Address 2:

City: Cooper

State: Texas        Zip + 4: 75432

Telephone: (903) 268-4942     ext.

Fax: (903) 395-4892

Email: rushingreporting@yahoo.com

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                                    Court:

Style:

      Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se  Party)

Printed Name: Wade A. Forsman

Electronic Signature:  s/ Wade A. Forsman
    (Optional)

Date:  July 10, 2015

State Bar No: 07264257

Name:  Wade A. Forsman

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  July 10, 2015                                    .

Signature of counsel (or pro se party)

Electronic  Signature: s/ Wade A. Forsman
    (Optional)

State Bar No.:  07264257

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 10, 2015

Manner Served: Email

First Name: Matthew

Middle Name: Howard

Last Name: Harris

Suffix:

Law Firm Name: Office of the District Attorney

Address 1: P.O. Box

Address 2:

City: Sulphur Springs

State Texas                Zip+4: 75483-0882

Telephone: (903) 885-0641        ext.    3206

Fax: (903) 885-0640

Email: mharris@hopkinscountytx.org

# AFFIDAVIT OF INDIGENCE

*This section to be filled out by Court Personnel or Jail Staff*

No. *1424312*

2014 DEC -5 PM 3:57 D4

The State of Texas

In the **District** Court

vs.

**Baxley, James Arthur** — **Hopkins** County

Offense (s) **Poss CS PG 1<1 SDFZ** Level of Offense **F3**

All information must be completed by the defendant and must be current, accurate, and true. Intentionally or knowingly giving false information may result in your prosecution for the offense of aggravated perjury, a felony. The punishment for aggravated perjury includes imprisonment not to exceed ten (10) years and a fine not to exceed ten thousand dollars ($10,000). Please fill in all blanks. If you do not know the information being asked, enter "DO NOT KNOW" in the blank. If the information being asked does not apply to you, enter N/A in the blank.

## Defendant's Personal Information

| | |
|---|---|
| Full Name | JAMES Arthur BAXLEY |
| Phone Number | 903-243-7568 |
| Street Address | 1125 Elm St. |
| City, State, Zip | Sulphur Springs Texas 75482 |
| Date of Birth | 03 06 65 |
| Name of Spouse | Deciead |

Dependents: 3
Name(s) (list below):

| Name(s) | Age | Relation | Income |
|---|---|---|---|
| Tim Boor | 29 | son | |
| Amber Baxley | 27 | Daughter | |
| CATHY Baxley | 26 | Daughter | |

Are you currently in jail or in a correctional institution?

___ No

✔ Yes  If yes, provide name of institution: Hopkins County Jail

**11**

## Employment Information

Employer _Self employed_

Phone Number

Supervisor's Name _Auto mechanic_

Street Address: _125 Elm St_

City, State, Zip _Sulpher Springs Tx 25482_

Hours worked ____ per week or ____ per month

Pay rate

Spouse's Employer _By Job_

Street Address:

City, State Zip

Hours worked ____ per week or ____ per month

Pay rate

**If unemployed, list:**

Length of time unemployed

Name of previous employer

Street Address of previous employer:

City, State, Zip

## Defendant's Financial Information

**Public Assistance**

Are you currently receiving (check all that apply)

____ Food Stamps

____ Medicaid

____ Public housing

____ Temporary Assistance to Needy Families (TANF)

____ Supplemental Security Income (SSI)

| Expenses (Monthly) | Monthly Payment |
|---|---|
| Rent or Mortgage Payment | |
| Car Payment | |
| Insurance (Life, Health, Car, Homeowners, etc.) | |
| Child Care | |
| Child Support | |
| Water | |
| Gas | |
| Telephone | |
| Electricity | |
| Food | |
| Clothes | |
| Medical | |
| Cable TV or Satellite TV | |
| Pager | |
| Cell Phone | |
| Loan and Debt Payments | |
| Outstanding Loans (list type of Loans) | |

_Staying with family_

Credit Card Debt (list name of cards)

          Balance:

$_____

          Balance:

$_____

Other Monthly Expenditures (Describe)

TOTAL MONTHLY EXPENSES

| Income (Monthly) | Monthly Amount |
|---|---|
| Take Home Pay | |
| Spouse's Take Home Pay | |
| Investment Income | |
| Stock Dividend | |
| Bond Dividend | |
| Rental Income | |
| Pension Payments | |
| Unemployment | |
| Social Security Benefits | |
| Child Support | |
| Public Assistance | |
| TANF | |
| SSI | |
| Medicaid | |
| Other | |
| Cash Gifts | |
| Other (Describe) | |

TOTAL GROSS
MONTHLY INCOME

**12**

## Assets

| Asset | Value |
|---|---|
| **A. Place of Residence** ___ Rent ___ Own <br> Describe if house, condominium, apartment, other: | $ |
| **B. Real Property Owned;** Description/Location: | $ |
| **C. Automobile(s)** <br> Make          Model          Year | $ |
| Make          Model          Year | $ |
| Make          Model          Year | $ |
| **D. Stock and Bonds** (provide description) | $ |
|  | $ |
|  | $ |
| **E. Other Property** (list all jewelry, equipment, watercrafts, etc.) | $ |
|  | $ |
|  | $ |

### F. Bank Accounts

| Bank Name | Type of Account | Balance |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

| | |
|---|---|
| **G. Other Assets** (Identify) | **VALUE** <br> $ |
| **ASSETS TOTAL VALUE** | $ _NONE_ |

I have / have not (circle one) attempted to hire an attorney.  The names of the attorneys I have contacted are as follows:

_____        _____

_____        _____

On this __1st__ day of __October~~September~~__, 20 _14_, I have been advised of my right to representation by counsel in the trial of the charge pending against me.  I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. By signing my name below, I swear, that all of the above information about my financial condition is current, accurate, and true.  By signing below, I understand that a court official can verify any of the information for accuracy as required to determine my eligibility.

_____
Defendant's Signature

SUBSCRIBED and SWORN to before me the undersigned authority, this _2_ day of __Oct__, 20 _14_

ALISSA FOSTER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-17-2016

_A Foster_
Notary / Clerk / Magistrate

This court finds the defendant     IS          IS not  indigent.

_____
Signature of Judge

Affidavit of Indigence                                                              Page 3 of 3

**13**